RONALD J. TENPAS, Acting Asst. Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA TROUT, INC., CALIFORNIA-NEVADA CHAPTER OF THE AMERICAN FISHERIES SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE RIVER,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and H. DALE HALL, Director of the United States Fish and Wildlife Service,<br><br>　　　　Defendants. | No. C 07-5798 EMC<br><br>**NOTICE OF APPEARANCE** |

On behalf of Federal Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior, and H. Dale Hall, Director of the United States Fish and Wildlife Service, the United States enters the appearance of Lawson E. Fite, Trial Attorney, as counsel for this matter. Mr. Fite's contact information is as follows:

<u>U.S. Mail</u>　　　　　　　　　　　　　　　　　　<u>Telephone</u>

| | |
|---|---|
| U.S. Department of Justice<br>Environment and Natural Resources Division<br>Ben Franklin Station<br>P. O. Box 7369<br>Washington, D.C. 20044-7369 | 202-305-0217<br><br><u>Facsimile</u><br>202-305-0275 |
| <u>Overnight or Hand Delivery</u><br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Wildlife & Marine Resources Section<br>601 D St., N.W.<br>Room 3708<br>Washington, D.C. 20004 | <u>Electronic Mail</u><br>lawson.fite@usdoj.gov |

Dated: December 4, 2007         Respectfully Submitted,

RONALD J. TENPAS, Acting Asst. Attorney General
JEAN E. WILLIAMS, Section Chief

        _/s/ Lawson E. Fite_
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiffs,

v.

DIRK KEMPTHORNE, et al.,

    Defendants.

No. C 07-5109 PJH

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                        */s/ Lawson E. Fite*
                                        LAWSON E. FITE