1 | Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

John Buse (CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
5656 S. Dorchester Avenue No. 3
Chicago, IL  60637
Telephone: (323) 533-4416
Fax: (610) 885-2187
Email: jbuse@biologicaldiversity.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA TROUT, Inc.; CALIFORNIA-NEVADA CHAPTER OF THE AMERICAN FISHERIES SOCIETY; CENTER FOR BIOLOGICAL DIVERSITY; and FRIENDS OF THE RIVER<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; and H. DALE HALL, Director, U.S. Fish and Wildlife Service,<br><br>Defendants. | Case No. Case No. C 07-05798 EMC<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND OTHER DOCUMENTS |

Proof of Service Summons and Complaint et al.
Case No. C 07-05798 EMC

A copy of the executed Summons addressed to both Defendants is attached hereto as Exhibit A, and a copy of the Complaint in this matter were served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, by sending a copy of the Summons and Complaint via registered mail, return receipt requested, on November 16, 2007, to the following:

Dirk Kempthorne, Secretary of the Interior
1849 C Street N.W.
Washington, D.C. 20240

Dale Hall, Director
United States Fish and Wildlife Service
1849 C Street N.W., Room 3012
Washington, D.C. 20240-0001

U. S. Attorney General Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney's Office
450 Golden Gate Ave. 11th Floor
San Francisco, CA 94102

The documents were received on November 21, 2007, November 21, 2007, November 20, 2007, and November 19, 2007, respectively. Along with the Summons and Complaint in this matter, copies of the following documents were served on each of the Defendants and the U.S. Attorney as listed above:

1. Civil Cover Sheet filed November 15, 2007;
2. Certification of Interested Entities or Persons filed November 15, 2007;
3. Order Setting Initial Case Management Conference and ADR Deadlines (w/ attached Case Management Conference Order);
4. Notice of Assignment of Case to a U.S. Magistrate Judge for Trial;
5. Consent to Proceed Before a U.S. Magistrate Judge;
6. Declination to Proceed Before a U.S. Magistrate Judge
7. ECF Registration Information Handout

Proof of Service Summons and Complaint et al.
Case No. C 07-05798 EMC

2

1      8.    Welcome to the U.S. District Court handout

2  Respectfully Submitted,

3  DATED: December 11, 2007        /s/ Lisa T. Belenky
                                   Lisa T. Belenky (CA Bar No. 203225)
                                   CENTER FOR BIOLOGICAL DIVERSITY
                                   1095 Market St., Suite 511
                                   San Francisco, CA 94103
                                   Telephone: (415) 436-9682 x 307
                                   Facsimile: (415) 436-9683
                                   Email: lbelenky@biologicaldiversity.org

                                   John Buse (CA Bar No. 163156)
                                   CENTER FOR BIOLOGICAL DIVERSITY
                                   5656 S. Dorchester Avenue No. 3
                                   Chicago, IL  60637
                                   Telephone: (323) 533-4416
                                   Fax: (610) 885-2187
                                   Email: jbuse@biologicaldiversity.org

                                   Attorneys for Plaintiffs

# Exhibit A

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

COPY E-filing

CALIFORNIA TROUT, INC.; CALIFORNIA-NEVADA CHAPTER OF THE AMERICAN FISHERIES SOCIETY; CENTER FOR BIOLOGICAL DIVERSITY; and FRIENDS OF THE RIVER

V.

DIRK KEMPTHORNE, Secretary of the Interior; and H. DALE HALL, Director, U.S. Fish and Wildlife Service

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: EMC

CV 07 5798

TO: (Name and address of defendant)

Dirk Kempthorne
Secretary of the Interior
1849 C Street N.W.
Washington, D.C. 20240

H. Dale Hall
Director, U.S. Fish and Wildlife Service
1849 C Street N.W.
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lisa T. Belenky
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE NOV 15 2007

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11/16/07 |

| Name of SERVER | TITLE |
|---|---|
| Lisa Belenky | Staff attorney |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): pursuant to Fed. R. Civ. P. Rule 4(i)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/16/07
                  Date

Signature of Server: Lisa T. Belenky

Address of Server: CBD, 1095 Market St Suite 511, SF CA 94103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure