RONALD J. TENPAS, Acting Asst. Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA TROUT, INC., CALIFORNIA-NEVADA CHAPTER OF THE AMERICAN FISHERIES SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE RIVER,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and H. DALE HALL, Director of the United States Fish and Wildlife Service,<br><br>Defendants. | No. C 07-5798 SI<br><br>**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 6-1, 6-2 and 7-12, this Stipulation is entered into by and between Plaintiffs, California Trout, Inc., California-Nevada Chapter of the American Fisheries Society, Center for Biological Diversity, and Friends of the River, and Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior, and H. Dale Hall, Director of the United

States Fish and Wildlife Service.

WHEREAS, on November 15, 2007, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief pursuant to the Endangered Species Act, 16 U.S.C. §§ 16 U.S.C. §§ 1531-44;

WHEREAS, the Complaint was served upon the United States Attorney for the Northern District of California on November 19, 2007;

WHEREAS, Defendants' Answer or other response to the Complaint, pursuant to Fed. R. Civ. P. 12(a)(3), would therefore be due January 18, 2008;

WHEREAS, the Initial Case Management Conference in this matter is currently set for February 20, 2008, at 1:30 p.m.;

WHEREAS, the Defendants seek an additional 30 days in order to make an early evaluation of the prospects of settlement of this litigation;

WHEREAS, no extensions of time have previously been granted to either party;

NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

1. Defendants shall answer or otherwise respond to the Complaint by February 19, 2008.
2. The Initial Case Management Conference shall be continued to March 28, 2008, at 2:00 p.m.

Dated: December 14, 2007        Respectfully Submitted,

   */s/ Lisa Belenky*
Lisa Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA 94103
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Attorney for Plaintiffs


RONALD J. TENPAS, Acting Asst. Attorney General
JEAN E. WILLIAMS, Section Chief

| | |
|---|---|
| 1 | _/s/ Lawson E. Fite_ |
| 2 | LAWSON E. FITE,<br>Trial Attorney (Oregon Bar No. 05557) |
| 3 | U.S. Department of Justice<br>Environment & Natural Resources Division |
| 4 | Wildlife & Marine Resources Section<br>Ben Franklin Station |
| 5 | P.O. Box 7369<br>Washington, DC 20044-7369 |
| 6 | Phone: (202) 305-0217<br>Fax: (202) 305-0275 |
| 7 | Email: lawson.fite@usdoj.gov |
| 8 | Attorneys for Defendants |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_[signature]_

UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA TROUT, INC., CALIFORNIA-NEVADA CHAPTER OF THE AMERICAN FISHERIES SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE RIVER,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and H.DALE HALL, Director of the United States Fish and Wildlife Service,<br><br>Defendants. | No. C 07-05798 SI<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on December14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                         */s/ Lawson E. Fite*
                                                         LAWSON E. FITE