UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

California Trout, Inc., et al.,

              Plaintiff(s),

Case No. C 07-5798 SI

ADR CERTIFICATION BY PARTIES AND COUNSEL

v.

Dirk Kempthorne and H. Dale Hall,

              Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

                                                        _____
                                                        [Party]

Dated: 1/30/2008                                      /s/ Lawson E. Fite
                                                        [Counsel]