UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

California Trout, Inc., et al.,

            Plaintiff(s),

            v.

Dirk Kempthorne and H. Dale Hall

            Defendant(s).
_____/

CASE NO. C 07-5798 SI

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓  have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  March 28, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Lisa Belenky | Plaintiffs | 415-436-9682 x307 | lbelenky@biologicaldiversity.org |
| John Buse | Plaintiffs | 323-533-4416 | jbuse@biologicaldiversity.org |
| Lawson Fite | Defendants | 202-305-0217 | lawson.fite@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 1/30/2008　　　　　　　　　　　　　　　　　　　/s/ Lisa Belenky
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: 1/30/2008　　　　　　　　　　　　　　　　　　　/s/ Lawson Fite
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Rev 12.05