UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 3/28/08

Case No.   C-07-5798 SI            Judge:   SUSAN ILLSTON

Title: CALIFORNIA TROUT -v- KEMPTHORNE, ET AL.,

Attorneys: John Buse         Lawson Fite

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD BY PHONE

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **6/6/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **6/6/08    @ 9:00 a.m.**   for Motion to Transfer Venue
(Motion due **5/2/08**, Opposition **5/16/08** Reply **5/23/08**)

Case continued to 12/5/08 @ 9:00 a.m. for Cross Motions for Summary Judgment
(file 8/25/08, opposition/x mo. 9/24/08, oppo/reply 10/15/08, final reply 11/5/08)

Case continued to   **@ 3:30 p.m.** for Pretrial Conference

Case continued to   **@ 8:30 a.m.** for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: