**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA TROUT, INC., CALIFORNIA-NEVADA CHAPTER OF THE AMERICAN FISHERIES SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE RIVER,<br><br>Plaintiffs,<br>v.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and H. DALE HALL, Director of the United States Fish and Wildlife Service,<br><br>Defendants. | No. C 07-5798 SI<br><br>**[PROPOSED] ORDER ON FEDERAL DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |

The Court having considered the Federal Defendants' Motion to Transfer Venue, pursuant to 28 U.S.C. § 1404(a), and the response thereto, and being advised of the same;

IT IS ORDERED that Defendants' Motion to Transfer is GRANTED.

IT IS FURTHER ORDERED this matter is TRANSFERRED to the United States District Court for the Central District of California.

//

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE