RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA TROUT, INC., CALIFORNIA-NEVADA CHAPTER OF THE AMERICAN FISHERIES SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE RIVER,<br><br>  Plaintiffs,<br><br>  v.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and H. DALE HALL, Director of the United States Fish and Wildlife Service,<br><br>  Defendants. | No. C 07-5798 SI<br><br>**NOTICE OF ERRATA RE FEDERAL DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date: June 6, 2008<br><br>Time: 9:00 a.m.<br><br>Courtroom: 10, 19th Floor |

Federal Defendants in this action, Dirk Kempthorne, Secretary of the United States Department of the Interior, and H. Dale Hall, Director of the United States Fish and Wildlife Service, hereby submit this Notice of Errata regarding their Motion to Transfer Venue, Doc. No. 18, filed May 2, 2008. Counsel inadvertently omitted the attached document from Federal Defendants' Motion to Transfer Venue. The attached is a copy of a decision of the United States District Court for the District of Columbia in Building Industry Ass'n v. Babbitt, No. 1:01-cv-00079-EGS (D.D.C.

1 | July 3, 2001). The decision is cited on page 7 of Federal Defendants' brief.

3 | Dated: May 5, 2008            Respectfully Submitted,

RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

            /s/ Lawson E. Fite
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA TROUT, et al., <br><br> Plaintiffs, <br> v. <br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | No. C 07-5798 SI <br><br> **CERTIFICATE OF SERVICE** |

    I hereby certify that on May 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                    */s/ Lawson E. Fite*
                                                    LAWSON E. FITE