RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA TROUT, INC., CALIFORNIA-NEVADA CHAPTER OF THE AMERICAN FISHERIES SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE RIVER,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and H. DALE HALL, Director of the United States Fish and Wildlife Service,<br><br>Defendants. | No. C 07-5798 SI<br><br>**JOINT STIPULATION CONTINUING HEARING ON FEDERAL DEFENDANTS' MOTION TO TRANSFER AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 6-1, 6-2 and 7-12, this Stipulation is entered into by and between Plaintiffs, California Trout, Inc., California-Nevada Chapter of the American Fisheries Society, Center for Biological Diversity, and Friends of the River, and Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior, and H. Dale Hall, Director of the United

1. States Fish and Wildlife Service.

WHEREAS, on November 15, 2007, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief pursuant to the Endangered Species Act, 16 U.S.C. §§ 16 U.S.C. §§ 1531-44;

WHEREAS, on May 2, 2008, Federal Defendants in this action filed a motion to transfer venue pursuant to 28 U.S.C. § 1404(a);

WHEREAS, hearing on the motion to transfer is presently set for June 6, 2008, at 9:00 a.m.;

WHEREAS, a Further Case Management Conference in this matter is currently set for June 6, at 2:00 p.m.;

WHEREAS, due to a personal scheduling conflict, counsel for Federal Defendants is unable to appear on June 6, 2008;

WHEREAS, one previous extension of time, of 30 days, has previously been granted to the parties;

NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

1. The hearing on Federal Defendants' Motion to Transfer shall be continued to July 25, 2008, at 9:00 a.m.
2. Plaintiffs' shall file their response to the Motion to Transfer on or before June 27, 2008.
3. Federal Defendants shall file their reply, if any, on or before July 11, 2008.
4. The Case Management Conference presently set for June 6, 2008 shall be continued to July 25, 2008, at 2:00 p.m.

Dated: May 14, 2008                    Respectfully Submitted,


                                        _____/s/ John Buse_____
                                        John Buse
                                        CENTER FOR BIOLOGICAL DIVERSITY
                                        5656 S. Dorchester Avenue No. 3
                                        Chicago, IL  60637
                                        Telephone: (323) 533-4416
                                        Fax: (610) 885-2187
                                        Email: jbuse@biologicaldiversity.org

Lisa Belenky
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA 94103
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

RONALD J. TENPAS, Asst. Attorney General
JEAN E. WILLIAMS, Section Chief

     */s/ Lawson E. Fite*
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

No. C 07-5798 SI
Joint Stipulation Enlarging Time    3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA TROUT, INC., CALIFORNIA-NEVADA CHAPTER OF THE AMERICAN FISHERIES SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE RIVER, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and H.DALE HALL, Director of the United States Fish and Wildlife Service, <br><br> Defendants. | No. C 07-05798 SI <br><br> **CERTIFICATE OF SERVICE** |

  I hereby certify that on May 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                       */s/ Lawson E. Fite*
                        LAWSON E. FITE