**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA TROUT, INC., CALIFORNIA-NEVADA CHAPTER OF THE AMERICAN FISHERIES SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE RIVER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and H. DALE HALL, Director of the United States Fish and Wildlife Service,<br><br>　　　　　Defendants. | No. C 07-05798 SI<br><br>**CERTIFICATE OF SERVICE** |

　　　I hereby certify that on June 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lawson E. Fite*
　　　　　　　　　　　　　　　　　　　　　　　　　　LAWSON E. FITE

Case No. C 07-5798 SI
Certificate of Service