RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

<u>Attorneys for Defendants</u>

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA TROUT, INC., CALIFORNIA-NEVADA CHAPTER OF THE AMERICAN FISHERIES SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE RIVER,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and H. DALE HALL, Director of the United States Fish and Wildlife Service,<br><br>　　　　Defendants. | No. C 07-5798 SI<br><br>**JOINT STIPULATION EXTENDING BRIEFING SCHEDULE** |

　　　　Pursuant to Civil L.R. 6-1, 6-2 and 7-12, this Stipulation is entered into by and between Plaintiffs, California Trout, Inc., California-Nevada Chapter of the American Fisheries Society, Center for Biological Diversity, and Friends of the River, and Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior, and H. Dale Hall, Director of the United

1

States Fish and Wildlife Service.

WHEREAS, on November 15, 2007, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief pursuant to the Endangered Species Act, 16 U.S.C. §§ 16 U.S.C. §§ 1531-44;

WHEREAS, on May 2, 2008, Federal Defendants in this action filed a motion to transfer venue pursuant to 28 U.S.C. § 1404(a);

WHEREAS, hearing on the motion to transfer is set for July 25, 2008, at 9:00 a.m.;

WHEREAS, a Further Case Management Conference in this matter is currently set for July 25, 2008, at 2:00 p.m.;

WHEREAS, the present briefing schedule is based on the previous hearing date of June 6, 2008, for both the venue motion and the Case Management Conference;

WHEREAS, Federal Defendants require additional time to compile the Administrative Record that will be the basis of the Court's review; and

WHEREAS, a continuation of the briefing schedule will not affect the hearing date for the parties' Cross-Motions for Summary Judgment, presently set for December 5, 2008;

NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

1. Federal Defendants shall lodge the Administrative Record with the Court on or before August 11, 2008.
2. Plaintiffs shall file their Motion for Summary Judgment and accompanying brief on or before September 15, 2008.
3. Federal Defendants shall file their Cross-Motion for Summary Judgment and accompanying brief on or before October 15, 2008.
4. Plaintiffs shall file their Response/Reply Brief on or before November 3, 2008.
5. Federal Defendants shall file their Reply Brief on or before November 21, 2008.

Dated: June 5, 2008                    Respectfully Submitted,


                                       */s/ John Buse*
                                       John Buse

No. C 07-5798 SI
Joint Stipulation Enlarging Time                                                              2

CENTER FOR BIOLOGICAL DIVERSITY
5656 S. Dorchester Avenue No. 3
Chicago, IL  60637
Telephone: (323) 533-4416
Fax: (610) 885-2187
Email: jbuse@biologicaldiversity.org


Lisa Belenky
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA 94103
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org


Attorneys for Plaintiffs



RONALD J. TENPAS, Asst. Attorney General
JEAN E. WILLIAMS, Section Chief

_____*/s/ Lawson E. Fite*_____
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED.

*[signature: Susan Illston]*

_____
UNITED STATES DISTRICT JUDGE

No. C 07-5798 SI
Joint Stipulation Enlarging Time                                                                            3