Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

John Buse (CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
5656 S. Dorchester Avenue No. 3
Chicago, IL  60637
Telephone: (323) 533-4416
Fax: (610) 885-2187
Email: jbuse@biologicaldiversity.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA TROUT, Inc.; CALIFORNIA-NEVADA CHAPTER OF THE AMERICAN FISHERIES SOCIETY; CENTER FOR BIOLOGICAL DIVERSITY; and FRIENDS OF THE RIVER<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; and H. DALE HALL, Director, U.S. Fish and Wildlife Service,<br><br>Defendants. | Case No. Case No. C 07-05798 SI<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION**<br><br>Judge:     Hon. Susan Illston |

Notice of Change of Attorney Information /Change of Address
Case No. C 07-05798 SI

**NOTICE OF CHANGE OF ATTORNEY INFORMATION/CHANGE OF ADDRESS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that effective immediately, the contact information for Lisa T. Belenky, attorney for Plaintiffs is as follows:

Lisa T. Belenky  
Center for Biological Diversity  
351 California Street, Suite 600  
San Francisco, CA 94104  
Telephone: (415) 436-9682  
Fax: (415) 436-9683  
Email: lbelenky@biologicaldiversity.org

DATED: June 6, 2008

/s/Lisa T. Belenky  
Lisa T. Belenky (CA Bar No. 203225)  
CENTER FOR BIOLOGICAL DIVERSITY  
351 California Street, Suite 600  
San Francisco, CA 94104  
Telephone: (415) 436-9682 x 307  
Facsimile: (415) 436-9683  
Email: lbelenky@biologicaldiversity.org

John Buse (CA Bar No. 163156)  
CENTER FOR BIOLOGICAL DIVERSITY  
5656 S. Dorchester Avenue No. 3  
Chicago, IL 60637  
Telephone: (323) 533-4416  
Fax: (610) 885-2187  
Email: jbuse@biologicaldiversity.org

Attorneys for Plaintiffs